**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 10, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Effinger v. Winn Dixie Montgomery, Inc.**

**Case Number:   2:07-cv-00657-ID**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 8  filed on    August 10, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

_____,  )
                                                         )
    Plaintiff,                                      )
                                                         )
v.                                                   )    CASE NO. _____
                                                         )
_____,  )
                                                         )
    Defendants,                              )

## **CONFLICT DISCLOSURE STATEMENT**

      COMES NOW _____, a _____ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

_____                           _____
    Date                                      (Signature)

                                            _____
                                            (Counsel's Name)

                                            _____
                                            Counsel for (print names of all parties)
                                            _____

                                            Address, City, State Zip Code

                                            _____
                                            Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

**CERTIFICATE OF SERVICE**

I,_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _____day of _____ 20\_\_, to:

_____

_____

_____

_____

_____

| | |
|---|---|
| _____ | _____ |
| Date | Signature |