IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

YOLANDA R. EFFINGER, )
)
Plaintiff, )
)
v. ) CASE NO. 2:07-CV-657-ID-TFM
)
WINN-DIXIE MONTGOMERY, INC, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Yolanda R. Effinger, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | |

8/10/2007
Date

/s/ Ronald B. Hatcher
(Signature)

Ronald B. Hatcher
(Counsel's Name)

Yolanda R. Effinger
Counsel for (print names of all parties)
P. O. Box 161442
Atlanta, GA 30321
Address, City, State Zip Code
(404) 526-9440
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

## CERTIFICATE OF SERVICE

I, Ronald B. Hatcher, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 13th day of August 20 07, to:

Randall Morgan, Esq.

425 South Perry St.

Montgomery, AL 36104

8/13/2007
Date

/s/ Ronald B. Hatcher
Signature