THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| YOLANDA R. EFFINGER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-657-ID |
| | ) | |
| WINN-DIXIE MONTGOMERY, INC. | ) | |
| | ) | |
| Defendant . | ) | |

## **ORDER**

Upon consideration of the *Motion for Protective Order on Tax Returns* (Doc. 14, filed September 9, 2007), it is

**ORDERED** that Defendant file a response to this motion on or before **September 17, 2007**.

DONE this 10th day of September, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE