IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| YOLANDA R. EFFINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:07-cv-657-ID-TFM |
| | ) | |
| WINN-DIXIE MONTGOMERY, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Upon consideration of Plaintiff's *Motion for Stay*, and *Motion to Quash Subpoenas to Non-Parties Pediatric Adolescent Medicine, Inc., Selma City School Board, Alabama Unemployment Compensation, and Selma Doctors Clinic* (Doc. #18; October 18, 2007), it is hereby

**ORDERED** that the **Defendant file a response by October 26, 2007** to show any cause why the motions should not be granted.

Done this 19th day of October, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE