IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| YOLANDA R. EFFINGER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-657-ID |
| | ) | |
| WINN-DIXIE MONTGOMERY, INC. | ) | |
| | ) | |
| Defendant . | ) | |

## ORDER

Upon consideration of the *Motion for Protective Order on Defendant's Disclosure of Plaintiff's Tax Returns, W-2s and Social Security Number* (Doc. 21, filed October 26, 2007), it is

**ORDERED** that the Motion for Protective Order is **GRANTED** to the extent it seeks to seal Exhibit C of Document 20.  The Clerk is **DIRECTED** to seal Exhibit C (Doc. 20-4). All other relief requested by Plaintiff is **DENIED**.  However, counsel for Defendant is reminded it must comply with all standing orders of this Court, and documents e-filed with the Court are public record unless a seal is requested.  Therefore, the Court will not sanction defendant *on this occasion* as it appears the disclosure of the protected information was inadvertent.

DONE this 29th day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE