IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| YOLANDA R. EFFINGER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-657-ID |
| | ) | |
| WINN-DIXIE MONTGOMERY, INC. | ) | |
| | ) | |
| Defendant . | ) | |

## ORDER and PROTECTIVE ORDER

Upon consideration of the *Plaintiff's Objections To and Motion to Quash Subpoenas to Non-Parties Pediatric Adolescent Medicine, Inc., Selma City School Board, Alabama Unemployment Compensation and Selma Doctors Clinic and for Stay* (Doc. 18, filed October 26, 2007), it is

**ORDERED** that the Motion is **DENIED**. The Court determines the information is discoverable, but is not making any determination on the admissibility of evidence found**.**

Additionally, the Court enters a **PROTECTIVE ORDER** which governs all parties and interested non-parties whereby the above-referenced documents shall be designated confidential. Such confidential documents and information shall be used solely for the purpose of this action, shall not be used for any other business, competitive or other purpose, and shall not be disclosed to any other person or third party other than:

    a.    Counsel for the parties in the above-styled action, including employees of such counsel to the extent necessary to render professional services in the above-entitled action;

    b.    The parties in the above-styled action;

    c.    The Court and persons employed by the Court working on this litigation;

      d.      Court reporters at the proceedings in this action;

      e.      Experts or consultants retained or consulted by the parties; and

      f.      Deponents, trial witnesses and potential deposition witnesses

Prior to making such disclosure of any confidential documents or information, the person to whom disclosure will be made must be provided with a copy of this Order and must agree to be bound by it. Further, upon request by the producing party, within 90 (ninety) days of the conclusion of this matter as to all parties, and upon written request of a party all confidential information of such party and all copies thereof shall be returned to counsel for that party or, if that party so requests, shall be destroyed and an affidavit prepared and executed certifying to such destruction and mailed to the party producing that confidential information.

      DONE this 31st day of October, 2007.

                                  /s/Terry F. Moorer
                                  TERRY F. MOORER
                                  UNITED STATES MAGISTRATE JUDGE