UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA R. EFFINGER | * |
| Plaintiff, | * |
| v. | * Case No. 2:07-CV-657-ID-TFM |
| WINN DIXIE MONTGOMERY, INC. | * |
| Defendant. | * |

## MOTION FOR PROTECTIVE ORDER ON PLAINTIFF'S DEPOSITION

Now comes Plaintiff, by and through undersigned counsel and moves this court to issue a protective order pursuant to Federal Rule of Civil Procedure 26 (c) temporarily staying plaintiff's deposition, and for grounds for this motion states as follows:

1. That equal protection of the law as guaranteed by the 14th Amendment to the U. S. Constitution requires that she not be forced to give her deposition until defendant is compelled to properly and fully participate in mandatory discovery.

2. In support of this motion, plaintiff attaches her memorandum in support.

WHEREFORE, plaintiff prays that a protective order be issued temporarily staying her deposition until this court hears her discovery motions herein referenced.

This 7th day of December, 2007

/s/ Ronald B. Hatcher

Ronald B. Hatcher
Attorney for Plaintiff
HAT002
P.O. Box 161442
Atlanta, GA 30321
(404) 526-9440

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA R. EFFINGER, | * |
| Plaintiff, | * |
| v. | * Case No. 2:07-CV-657-ID-TFM |
| WINN DIXIE MONTGOMERY, INC. | * |
| Defendant. | * |

## Proof of Service

I hereby certify that a copy of the foregoing Motion for Protective Order Staying Plaintiff's Deposition was served on Defendant's Counsel, Randall Morgan, Esq., P. O. Box 116, Montgomery, AL 36101, by electronic mail on December 7, 2007. and by regular U. S. Mail on December 7, 2007.

/s/ Ronald B. Hatcher
Ronald B. Hatcher
Attorney for Plaintiff
HAT002
P. O. Box 161442
Atlanta, GA 30321
(404) 526-9440