IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA R. EFFINGER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-657-ID |
| ) | |
| WINN-DIXIE MONTGOMERY, INC. ) | |
| ) | |
| Defendant . ) | |

### ORDER

Pending before the Court is Plaintiff's *Notice of Motion and Plaintiff's Motion to Compel Answers to Plaintiff's First Set of Interrogatories* (Doc. 24, filed December 6, 2007), Plaintiff's *Notice of Motion and Plaintiff's Motion to Compel Responses to Plaintiff's First Requests for Production* (Doc. 30, filed December 6, 2007), Plaintiff's *Motion for Protective Order on Plaintiff's Deposition* (Doc. 36, filed December 7, 2007), and supporting documentation (Docs. 25-29, 31-35, and 37). It is

**ORDERED** that Defendant file a response to these motions on or before **December 17, 2007**. It is further **ORDERED** that pursuant to Local Rule 37.1, Plaintiff shall additionally file a copy of the Notice of Deposition at issue in the *Motion for Protective Order on Plaintiff's Deposition* (Doc. 36).

DONE this 7th day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE