UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA R. EFFINGER * | |
| * | |
| Plaintiff, * | |
| * | Case No. 2:07-CV-657-ID-TFM |
| v. * | |
| * | |
| * | |
| WINN DIXIE MONTGOMERY, INC. * | |
| * | |
| Defendant. * | |

## RESPONSE TO ORDER

In response to Order dated December 7, 2007 (Doc. 38), Plaintiff hereby notifies the court that Plaintiff's deposition has not been noticed. The parties were attempting to set same by agreement up until November 30, 2007, the date plaintiff received defendant's discovery responses complained of in Document 24 and Document 30 herein.

This 9th$^h$ day of December, 2007.

/s/ Ronald B. Hatcher
_____
Ronald B. Hatcher
Attorney for Plaintiff
HAT002
P.O. Box 161442
Atlanta, GA 30321
(404) 526-9440

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA R. EFFINGER, | * |
| Plaintiff, | * |
| v. | * Case No. 2:07-CV-657-ID-TFM |
| WINN DIXIE MONTGOMERY, INC. | * |
| Defendant. | * |

## Proof of Service

I hereby certify that a copy of the foregoing Response to Order (Doc. 24), was served on defendant's Counsel, Randall Morgan, Esq., P. O. Box 116, Montgomery, AL 36101, by electronic mail on December 9, 2007. and by regular U. S. Mail on December 10, 2007.

/s/ Ronald B. Hatcher
Ronald B. Hatcher
Attorney for Plaintiff
HAT002
P. O. Box 161442
Atlanta, GA 30321
(404) 526-9440

2