IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA R. EFFINGER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-657-ID |
| | ) |
| WINN-DIXIE MONTGOMERY, INC. | ) |
| | ) |
| Defendant . | ) |

## **ORDER**

Pending before the Court is Plaintiff's *Motion for Protective Order on Plaintiff's Deposition* (Doc. 36, filed December 7, 2007). For good cause, it is **ORDERED** the motion is **DENIED**. While there may be some discovery disputes between the parties, it does not mean that discovery comes to a halt. Defendant is obviously be entitled to Plaintiff's deposition, and the court will not put a hold on the scheduling of said deposition.

DONE this 20th day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE