IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA R. EFFINGER ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-657-ID |
| ) | |
| WINN-DIXIE MONTGOMERY, INC. ) | |
| ) | |
|     Defendant . ) | |

## ORDER

Pending before the Court is Plaintiff's *Notice of Motion and Plaintiff's Motion to Compel Answers to Plaintiff's First Set of Interrogatories* (Doc. 24, filed December 6, 2007), Plaintiff's supporting documentation (Docs. 25-29), and *Defendant's Response to Plaintiff's Motion to Compel* (Doc. 40, filed December 17, 2007). For good cause, it is **ORDERED** the motion is **GRANTED in part** and **DENIED in part**. The Court specifically **ORDERS** the following:

(1) The Motion to Compel (Doc. 24) is granted as to Interrogatories 5 and 12. On Interrogatory No. 5, while Defendant provided the name "Adam Dollar" it did not provide any of the rest of the information sought by Plaintiff. Defendant is instructed to answer the question fully.

On Interrogatory No. 12, Defendant generally stated "in the front of the store," however, Defendant is instructed to answer the question with more specificity.

(2) The Motion to Compel (Doc. 24) is denied as to Interrogatories 2, 3, 8, 9, 10, 13, 27 and the Disclaimer.

DONE this 21st day of December, 2007.

        /s/Terry F. Moorer
        TERRY F. MOORER
        UNITED STATES MAGISTRATE JUDGE