IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA R. EFFINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:07-CV-657-ID |
| | ) |
| WINN-DIXIE MONTGOMERY, INC. | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Defendants' Motion to Amend (Doc. 45, filed January 29, 2008), it is ORDERED that Plaintiff show cause, if any there be, on or before February 13, 2008, why said motion should not be granted.

DONE this 30th day of January, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE