IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA R. EFFINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:07-CV-657-ID |
| | ) |
| WINN-DIXIE MONTGOMERY, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Defendant's Motion to Amend (Doc. 45), and Plaintiff having interposed no objection, it is ORDERED that said Motion be and the same is hereby GRANTED.

DONE this 28th day of February, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE