UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

YOLANDA R. EFFINGER          *
                             *
          Plaintiff,         *
                             *     Case No. 2:07-CV-657-ID-TFM
     v.                      *
                             *
                             *
WINN DIXIE MONTGOMERY, INC.  *
                             *
          Defendant.         *

PLAINTIFF'S MOTION TO EXTEND TIME
FOR DISCLOSURE OF EXPERTS

Now comes plaintiff pursuant to F.R.C.P. 6(b) and moves the court to extend by 30 days the time for each party to disclose experts under Section 7 of the Uniform Scheduling Order.  As grounds for this motion plaintiff states as follows:

1.  Plaintiff is attempting to secure a medical expert to examine her and her records and give an  opinion.  She states that she will not in good faith be able to do so by March 7, 2008.

2.  Plaintiff therefore requests that the deadline for disclosure of experts be extended  until April 7, 2008 for Plaintiff and until May 7, 2008 for Defendant.

3.  Defendant advised Plaintiff on February 28, 2008 that it does not oppose this motion.

Wherefore, Plaintiff requests that Section 7 of the Scheduling Order be amended to extend the time for each party to disclose experts by 30 days.

-2-

Ronald B. Hatcher (HAT002)
Attorney for Plaintiff
P. O. Box 161442
Atlanta, GA 30321
(404) 526-9440

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Extend Time was served

on counsel for Defendant by email and by regular U. S. Mail at the following address on

this 2nd day of March, 2008:

Mr. Randall Morgan
Hill, Hill, Carter
P. O. Box 116
Montgomery, AL 36101

Ronald B. Hatcher (HAT002)
Attorney for Plaintiff
P. O. Box 161442
Atlanta, GA 30321
(404) 526-9440