IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YOLANDA R. EFFINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:07-CV-657-ID |
| | ) |
| WINN-DIXIE MONTGOMERY, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff's unopposed motion to extend time for disclosure of experts (Doc. No. 49), it is ORDERED that said motion be and the same is hereby GRANTED and that the expert disclosure deadlines in Section 7 of the Uniform Scheduling Order (Doc. No. 12) be and the same are hereby EXTENDED to April 7, 2008, for Plaintiff and to May 7, 2008, for Defendant.

DONE this 3rd day of March, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE