**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **YOLANDA R. EFFINGER,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Case No.: 2:07-CV-657-ID-TFM** |
| | * | |
| **WINN-DIXIE MONTGOMERY, INC.** | * | |
| | * | |
| **Defendant.** | * | |

**DEFENDANT'S DISCLOSURES**
**PURSUANT TO UNIFORM SCHEDULING ORDER, SECTION 7**

Defendant has no retained experts.  However, Defendant reserves the right to

illicit Rule 701, 702, 703, or 705 testimony from any medical provider of the Plaintiff.


_/s/ Randall Morgan_
RANDALL MORGAN [MOR037]
Defendant Winn-Dixie Montgomery, Inc


OF COUNSEL:
**HILL, HILL, CARTER, FRANCO,**
  **COLE & BLACK, P.C.**
425 South Perry Street
P.O. Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969..FAX

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7ᵗʰ  day of May, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Ronald B.  Hatcher, Esq.
P.O. Box 161442
Atlanta, GA 30321

/s/ *Randall Morgan*
OF COUNSEL